UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24410-CIV-ALTONAGA/Goodman

**RENE VILCHES**,

    Plaintiff,
v.

**DGD TRANSPORT L.L.C.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. While no proof of service on the Defendants has been filed, on November 12, 2018, counsel for Defendants, DGD Transport L.L.C. and Luis Lopez filed a notice of appearance. Accordingly, it is

**ORDERED** that Plaintiff shall file proof of service on the Defendants by **November 15, 2018**. To better manage the orderly progress of the case, Defendants shall submit a single combined response or separate answers within the time allowed the last-served Defendant to respond.

**DONE AND ORDERED** in Miami, Florida, this 13th of November, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record