UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24410-CIV-ALTONAGA/Goodman

**RENE VILCHES**,

    Plaintiff,
v.

**DGD TRANSPORT LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Renewed Joint Motion for Approval [ECF No. 30], filed December 11, 2018. The Motion seeks approval of the parties' Settlement Agreement [ECF Nos. 30-1, 30-2]. When a private action is brought under the Fair Labor Standards Act, 29 U.S.C. sections 201 *et seq.*, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Upon review of the record and the parties' basis for settlement of the FLSA case, the Court finds settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 30]** is **GRANTED**.

2. The Settlement Agreement **[ECF Nos. 30-1**, **30-2]** between Plaintiff, Rene Vilches, and Defendants, DGD Transport LLC, Luis Lopez, and Team DGD Inc., which has been duly filed as a record of the Court, is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute.

3.  This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4.  Beyond the terms of the Settlement Agreement, the parties shall bear their own attorney's fees and costs.

5.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record